STATE OF HAWAII, Plaintiff-Appellee, *v*.
PAUL LORIN KANTNER, Defendant-Appellant

No. 4995

*and*

In re Application of DAVID ALLEN NOWELL
and CLAUDE ERNEST WINTER, Petitioners—
Appellants, for Writ of Habeas Corpus, etc.

No. 5005

February 25, 1972

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Levinson and Kobayashi, JJ., having dissented from the opinion of the court, do not concur.

*Hyman M. Greenstein* for the petition.